FILED
2022 APR 14 PM 2:52
CLERK
U.S. DISTRICT COURT

ANDREA T. MARTINEZ, United States Attorney (#9313)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone:   (435) 634-4264   •   Facsimile:   (435) 634-4272

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | <u>INFORMATION</u> |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| JUAN TORRES-RODRIGUEZ, | : | REMOVED ALIEN) |
| Defendant. | : | Case: 4:22−cr−00042<br>Assigned To : Nuffer, David<br>Assign. Date : 4/14/2022<br>Description: USA v. Torres−Rodriguez |

The United States Attorney charges:

<u>COUNT I</u>

On or about April 4, 2022, in the Central Division of the District of Utah,

JUAN TORRES-RODRIGUEZ,

the defendant herein, an alien who on or about May 4, 2009, was excluded, removed, and

deported from the United States, did knowingly reenter and was found in the United

States in the District of Utah, having not obtained the consent of the Secretary of the

United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this __14th__ day of April, 2022.

ANDREA T. MARTINEZ
United States Attorney

BRADY WILSON
Assistant United States Attorney

ANDREA T. MARTINEZ, United States Attorney (#9313)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone:   (435) 634-4264   •   Facsimile:   (435) 634-4272

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOTICE OF SENTENCING ENHANCEMENT |
| Plaintiff, | : | |
| vs. | : | 8 U.S.C. § 1326(b) (TWENTY YEARS |
| JUAN TORRES-RODRIGUEZ, | : | IMPRISONMENT, $250,000 FINE, OR BOTH) |
| Defendant. | : | |

The United States of America, by and through its undersigned counsel, gives

notice that the defendant has been convicted as follows:

On August 8, 2008, he was convicted by the United States
District Court, District of Arizona, in violation of Title 21
U.S.C. 841(a)(1)(D), Possession with Intent to Distribute
Marijuana, a Class D Felony, for which he was sentenced to
13 months and 1 day. Case Number CR08-00774-001-TUC-
CKJ(BPV).

Because of the above conviction, if the defendant is convicted in the above-

captioned matter, defendant's sentence will be enhanced according to defendant's prior

criminal history and the applicable sentencing guidelines, and defendant will be subjected

to a sentence of imprisonment of not more than 20 years, a $250,000 fine, or both.   *See*

8 U.S.C. § 1326(b); *Apprendi v. New Jersey*, 530 U.S. 466 (2000); *Almendarez-Torres v.*

*United States* 523 U.S. 224 (1998) (prior aggravated felonies are sentencing

enhancements that do not need to be charged in the indictment); and *United States v.*

*Martinez-Villalva*, 232 F.3d 1329 (10th Cir. 2000) (failing to charge   prior aggravated

felonies in an indictment does not violate *Apprendi*).

The government gives the foregoing notice as a matter of courtesy to the

defendant and the Court.   In so doing, the government in no way restricts itself, the

Probation Office, or the Court from consideration of other crimes, defendant's history, or

applicable sentencing factors in determining defendant's sentence in this case.

DATED this __14th__ day of April, 2022.


ANDREA T. MARTINEZ
United States Attorney


BRADY WILSON
Assistant United States Attorney

2